# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
APR 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

CR 11 0251 JSW

E-filing

ALLEN MILLER and
JASMINE QUILES, and PAUL L/N/U

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: Title 21, United States Code, Section 846 - Conspiracy To Distribute A controlled Substance (methamphetamine) (One Count); Title 21, United States Code, Section 841(a)(1) - Distribution Of a Controlled Substance (methamphetamine) (One Count); Title 21, United States Code, Section 843(b) - Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (One Count)

---

A true bill.

_____
Foreman

Filed in open court this _14th_ day of

_April 2011_

_____
ADA YI, Clerk

Bail, $ NO BAIL ARREST WARRANT

_____
JAMES LARSON
U.S. MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

--- OFFENSE CHARGED ---

Count I: Title 21 U.S.C., Section 846 - Conspiracy to distribute 5 grams or more of actual methamphetamine
Count II (QUILES ONLY): Title 21 U.S.C., Section 841(a) - distribution of more than 5 grams or more of actual methamphetamine
Count III: (MILLER ONLY) Title 21 U.S.C., Section 843(b) - Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count I max 40 yrs prison and min 5 yrs prison, $2,000,000 fine, SVR min 3 yrs
Count II max 40 yrs prison and min 5 yrs prison, $2,000,000 fine, SVR min 3 yrs
Count III same penalties as Counts I and II

E-filing

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent Robert Tucker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Asst U.S. Atty Kathryn R. Haun

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---
▶ ALLEN MILLER, JASMINE QUILES, PAUL L/N/U

DISTRICT COURT NUMBER
CR 11 0251

--- DEFENDANT ---
IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: 0

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

FILED APR 14 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JSW

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3                                                              FILED
4                                                           2011 APR 14 P 5:28
5                              E-filing
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12                                         CR 11 0251
13 | UNITED STATES OF AMERICA,    )   No.
                                  )
14 |     Plaintiff,                )   VIOLATIONS: Title 21, United States
                                  )   Code, Section 846 – Conspiracy To
15 |     v.                        )   Distribute A Controlled Substance
                                  )   (methamphetamine) (One Count); Title 21,
16 | ALLEN MILLER, and              )   United States Code, Section 841(a)(1) –
   | JASMINE QUILES, and            )   Distribution Of A Controlled Substance
17 | PAUL L/N/U                     )   (methamphetamine) (One Count); Title 21,
                                  )   United States Code, Section 843(b) – Use of
18 |     Defendants.                )   a Communications Facility (Telephone) to
                                  )   Commit/Facilitate Narcotics Trafficking
19 |_____)   (One Count)

20                                    SAN FRANCISCO VENUE
21
                          INDICTMENT
22
   The Grand Jury charges:
23
   COUNT ONE: (21 U.S.C. § 846 - Conspiracy to Distribute 5 Grams or More of Actual
24 Methamphetamine)

25     In or about May 2010, in the Northern District of California, the defendants

26                         ALLEN MILLER, and
                           JASMINE QUILES, and
27                         PAUL L/N/U

28 did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each

other to unlawfully, knowingly and intentionally distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

COUNT TWO: (21 U.S.C. § 841(a)(1), (b)(1)(B) - Possession With Intent To Distribute and Distribution of 5 Grams or More of Actual Methamphetamine)

On or about May 11, 2010, in the Northern District of California, the defendants

ALLEN MILLER, and
JASMINE QUILES, and
PAUL L/N/U

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT THREE: (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about May 11, 2010, in the Northern District of California, the defendant,

ALLEN MILLER,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony, to wit, violations of Title 21, United States Code, Sections 841(a)(1) and 846, in violation of Title 21, United States Code, Section 843(b).

DATED: April 14, 2011

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

ROBERT D. REES
Deputy Chief, Organized Crime Strike Force

(Approved as to form: _____)
KATHRYN R. HAUN
Assistant U.S. Attorney

2